UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT STANLEY, as
Personal Representative of
the Estate of MARTHA STANLEY,
Deceased,

        Plaintiff,                 Civil Case No. 18-12185
                                               Honorable Linda V. Parker

v.

WAYNE COUNTY, ET AL.,

        Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND AUTHORIZING PAYMENT OF ATTORNEY'S FEES AND COSTS

This matter is before the Court pursuant to Plaintiff's unopposed Amended Motion to Approve Wrongful Death Settlement and Distribution of Settlement Proceeds to the Estate of Martha Stanley, Deceased. (ECF No. 88.) The Court held a hearing with respect to the motion on May 11, 2022. The Court concludes that the settlement and the amount to be reimbursed to counsel is fair and reasonable. However, at this time, the Court will refrain from approving the distribution of the remaining proceeds to the Estate members until matters pertaining to the distribution are resolved.

Accordingly,

**IT IS ORDERED** that a settlement in the amount of $4,225,000.00 in this matter is approved and Plaintiff, as Personal Representative, is authorized to sign a full and final release with Defendants, releasing any and all claims associated with this lawsuit.

**IT IS FURTHER ORDERED** that payment of attorney's fees in the amount of $1,379,324.50 and of costs in the amount of $87,026.49 to Fieger, Fieger, Kenney and Harrington, P.C. is approved.

**IT IS FURTHER ORDERED** that payment of attorney's fees in the amount of $6,517.50 to the Law Offices of Howard Linden, P.C. is approved.

**IT IS FURTHER ORDERED** that with regard to the net proceeds remaining after payment of fees and costs, the Court retains jurisdiction to conduct the distribution hearing pursuant to Michigan Compiled Laws § 600.2922(6) at a date to be scheduled by the Court, and that following that distribution hearing and the Court's distribution order, the case will be dismissed with prejudice and without costs as to either party.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　s/ Linda V. Parker
　　　　　　　　　　　　　　　　　　　　LINDA V. PARKER
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

Dated: June 2, 2022